IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BABAJIDE O. AKINWALE,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Case No. 03-193-JLF |
| **C/O BAKER, LIEUTENANT SCHEMBRE,** | ) |
| **LIEUTENANT ELLET, and** | ) |
| **UNKNOWN PARTY,** | ) |
| **Defendants.** | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, the "Notice" filed by the U. S. Attorney, which the Court construes as a Motion for Leave to Withdraw Entry of Appearance **(Doc. 40)** is **GRANTED**.

James M. Hipkiss is granted leave to withdraw his entry of appearance as attorney for defendants Baker and Ellet.

The Court directs Mr. Hipkiss to serve copies of this Order on defendants Baker and Ellet.

**IT IS SO ORDERED.**

**DATE: August 15, 2006.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**