IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BABAJIDE O. AKINWALE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 03-193-JLF |
| **C/O BAKER** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Before the court is plaintiff's Motion to Rule in Default Against Defendant Baker. **(Doc. 47)**.

Defendant James Baker filed a pro se motion for extension of time to answer, which was granted. His answer was due on October 6, 2006. **See, Doc. 53.** He has not filed an answer and is in default.

Upon consideration and for good cause shown, plaintiff's Motion to Rule in Default Against Defendant Baker **(Doc. 47)** is **GRANTED**.

Default is entered as to defendant James L. Baker.

The clerk of court will set this matter for a hearing on damages.

**IT IS SO ORDERED.**

**DATE: November 21, 2006.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**